```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: VERONICA FLORENCE-MCPHERSON   :    CHAPTER 13
                                     :
                                     :
         DEBTOR                      :    BANKRUPTCY No. 21-10490
```

ORDER

AND NOW, this 29th day of May, 2024, upon consideration of the Debtors' Motion to Abate Payments and Modify Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE